IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA AND JEFFREY SHADE, <br> Plaintiffs, <br><br> vs. <br><br> CONCORD SERVICING, LLC d/b/a BLACKWELL RECOVERY, <br> Defendant. | CIVIL ACTION NO. <br><br> Case No.: 1:24cv891(JPW) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the Plaintiffs Patricia and Jeffrey Shade and Defendant Concord Servicing, LLC d/b/a Blackwell Recovery ("Blackwell") that this matter is dismissed with prejudice with regard to Defendant Blackwell.

Date: December 10, 2024                                         Respectfully submitted,

| | |
|---|---|
| /s/ Andrew M. Milz <br> CARY L. FLITTER <br> ANDREW M. MILZ <br> JODY T. LOPEZ-JACOBS <br> **FLITTER MILZ, P.C.** <br> 450 N. Narberth Ave <br> Suite 101 <br> Narberth, PA 19072 <br> (610) 822-0781 <br> amilz@consumerslaw.com <br> ***Attorneys for Plaintiff*** | /s/ Christopher A. Reese <br> ANDREW K. STUTZMAN <br> CHRISTOPHER A. REESE <br> **STRADLEY, RONON, STEVENS & YOUNG, LLP** <br> 457 Haddonfield Road <br> Suite 100 <br> Cherry Hill, NJ 08002 <br> 856-321-2408 <br> creese@stradley.com <br> ***Attorneys for Defendants*** |